IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH DEKELAITA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-07-0131 |
| | § | |
| BP AMOCO CHEMICAL COMPANY, | § | |
| BP CORPORATION NORTH AMERICA, | § | |
| and BP PRODUCTS NORTH | § | |
| AMERICA, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Dekalaita filed a purportedly unopposed motion requesting an extension of his deadline to respond to the defendants' summary judgment motion until February 6, 2008. (Docket Entry No. 34). The defendants responded, opposing the extension "based on current docket control guidelines and the running of the Statute of Limitations." (Docket Entry No. 35 at 1). Dekalaita replied, arguing that he requires additional discovery to respond to the summary judgment motion and that the defendants failed to communicate their opposition to his motion, despite several communications from Dekelaita's counsel, until the deadline to respond had passed. (Docket Entry No. 37).

The deadline for discovery has not yet expired. The additional time that Dekalaita requests falls within the discovery period and will not disrupt this court's amended scheduling order. Dekalaita's motion to extend the response deadline is granted.

Dekalaita's summary judgment response is due February 6, 2008.

SIGNED on January 18, 2008, at Houston, Texas.

                                                      Lee H. Rosenthal
                                        United States District Judge